**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| H.M. NABAVIAN & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 26-414 |
| | ) | Judge Roumel |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests a nine-day enlargement of time within which to file a reply brief in support of our motion to dismiss, to and including August 5, 2026.  The United States' reply is currently due on July 27, 2026. This is our first request for an enlargement of time for this purpose.  On July 21, 2026, counsel for H.M. Nabavian & Sons, Inc., Kartik Madiraju, indicated on behalf of his client via email that they do not oppose.

Good cause exists for this enlargement.  This case seeks refunds of tariffs imposed under the International Emergency Economic Powers Act (IEEPA), which the Supreme Court invalidated in *Learning Resources, Inc. v. Trump*, 146 S. Ct. 628 (2026). As part of preparing a reply brief here, we must coordinate our position in this action with the many cases at the Court of International Trade seeking the same relief.  This requires coordination across multiple Federal agencies and additional time.

Further, undersigned counsel is currently occupied with many other commitments that justify additional time.  Specifically, counsel of record must (1) file a pre-oral argument brief in *IPG Photonics Corporation v. United States*, No. 25-212 (Ct. Int'l

Trade), on July 21, 2026, and present oral argument on July 28, 2028; (2) file a response brief in *Kaptan Demir Celik Endustrisi ve Ticaret A.S. v. United States*, No. 24-96 (Ct. Int'l Trade), on July 24, 2026; (3) file reply briefs in support of motions to dismiss in *JA Solar Vietnam Company Limited et al. v. United States*, No. 26-808, *Jinko Solar Import and Export Co., et al. v. United States*, No. 26-811, and *Chint Solar (Hong Kong) Company Limited, et al. v. United States*, No. 26-812 (Ct. Int'l Trade), on August 3, 2026; (4) and file a response brief in *JA Solar et al v. United States*, No. 25-158 (Ct. Int'l Trade) on August 7, 2026.

Given undersigned counsel's other work, the need to obtain appropriate review in this matter, and the jurisdictional issues presented in this case, more time is needed to prepare our reply brief in support of our motion to dismiss.  For these reasons, we respectfully request that the Court grant our request for a nine-day extension, to and including August 5, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

/s/ Collin T. Mathias
COLLIN T. MATHIAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480

2

Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0315
Collin.T.Mathias@usdoj.gov

July 21, 2026                    *Attorneys for Defendant*