UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| FREESTYLE WORLD, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA,<br><br>Defendants. | : : : : : : : : : : : : : : : : | Before: Richard K. Eaton, Judge<br><br>Court No. 26-01088 |

## **ORDER**

At a closed conference held on August 5, 2026, the court and participants discussed the progress of U.S. Customs and Border Protection's ("Customs") Consolidated Administration and Processing of Entries ("CAPE") program. On August 4, 2026, the Government filed the Declaration of Brandon Lord, Executive Director, Trade Programs Directorate, Office of Trade, U.S. Customs and Border Protection, ECF No. 24 ("Lord Decl."). Among the items reported in the declaration is that, as of July 31, 2026, $128.68 billion in both potential and certified refunds have been accepted for processing in CAPE, and approximately $100 billion in refunds have been sent to the U.S. Department of Treasury ("Treasury") for disbursement. Lord Decl. ¶ 5.

It is also worth noting that 19,726 refunds, totaling approximately $1.6 billion, have not been transmitted to Treasury because Automated Clearing House ("ACH") account information has not been provided by the importer of record or its authorized designee. *Id.* ¶ 6. The court urges CAPE declaration filers to ensure that their ACH account information has been provided to Customs so that their refunds may be disbursed.

Also discussed was the court's order directing reliquidation dated July 17, 2026, which has been entered in more than 3,700 cases.

Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that Defendant shall file, by 5:00 p.m. EDT on Tuesday, August 25, 2026, a short report on the progress of CAPE. A closed settlement conference will be held on Wednesday, August 26, 2026, at 2:00 p.m. EDT, in person and via Webex.

_____/s/ Richard K. Eaton_____
Judge

Dated:          August 5, 2026
                New York, New York