**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| **H.M. NABAVIAN & SONS, INC.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES OF AMERICA,**<br>**Defendant.** | **Case No.: 1:26-cv-00414-EMR** |

**DECLARATION OF JOHN THOMPSON IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF U.S. CUSTOMS AND BORDER PROTECTION WEBPAGES**

I, John Thompson, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Hausfeld LLP and counsel of record for Plaintiff in the above-captioned litigation. I submit this Declaration in support of Plaintiff's Motion for Judicial Notice of U.S. Customs and Border Protection Webpages ("Motion"). I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of a page published by U.S. Customs and Border Protection ("CBP") on its official website, titled "International Emergency Economic Powers Act (IEEPA) Duty Refunds" and available at https://www.cbp.gov/trade/programs-administration/trade-remedies/ieepa-duty-refunds.

3. Exhibit A was captured by third-party service Page Vault on November 16, 2026, at 17:27:28 GMT.

4. Attached hereto as Exhibit B is a true and correct copy of a page published by CBP on its official website, titled "Internet Purchases: Your Responsibility and Liability" and available at https://www.cbp.gov/trade/basic-import-export/internet-purchases.

5. Exhibit A was captured by third-party service Page Vault on November 16, 2026, at 17:29:45 GMT.

6. As required by RCFC 7.3, on November 16, 2026, at 11:14 AM ET, I contacted counsel for the Government via email, sharing a copy of the proposed Motion and requesting the Government's position on the Motion. That same day, at 8:23 PM ET, Ms. Sosun Bae responded on behalf of the Government, stating: "You can put as our position: 'The Government states that it does not object to the Court considering these public documents but does not believe that it is necessary to take judicial notice of them, and disputes that these documents show that the Court has jurisdiction to consider plaintiff's claim or that plaintiff has stated a plausible claim.'"

7. I have included the Government's stated position, *verbatim*, in Plaintiff's Motion.

Executed this 17th day of November, 2026, in Arlington, VA.

By: *<u>/s/ John Thompson</u>*
John Thompson